B. G. LIVINGSTON, Respondent, v. CAROLINA TIMBER
COMPANY, *et al.*, Appellants.

(327 S. E. (2d) 370)

Court of Appeals

## SUPPLEMENTAL ORDER

Feb. 28, 1985.

GARDNER, Judge:

This case was remanded to the trial court for purposes of setting forth the reason(s) for the granting of a new trial on post-verdict motion for judgment *n.o.v.* The trial court has issued such an order which is supported by evidence of record. The appealed order is therefore affirmed. *See Westbury v. Bauer*, S. C., 326 S. E. (2d) 151 (1985).

Affirmed.